In the United States District Court
Northern Circuit of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 28 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Victor R.E. Wright, (PRO SE)
   Plaintiff
      V.                           Complaint
Sheriff Gerald Couch,              Civil Action No. _____
Sgt. Mark Mason, Officer J. Holcomb, et al
   Defendant(s)

**2:23-CV-0128**

COMES NOW Victor R.E. Wright Plaintiff, Pray that Plaintiff pleading will not be held that of a practicing Attorney. Hanies V. Kerns

① Jurisdiction & Venue

This is a civil action authorized by 42 USC Section 1983, Bivens.

② Northern District of Georgia is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred

③ Plaintiff Victor R.E. Wright is and was at all times mentioned herein a prisoner at Hall County Gainesville Georgia, in Hall County Jail. He is currently confined to Hall County Jail.

SEE BACK PAGE →

③ DEFENDANts.

Sheriff Gerald Couch, is the Sheriff over Hall County Jail. He is legally responsible for the operation of Hall County Jail and for the safe and welfare of all the inmates of that Jail

Defendant Sgt. Mark Mason is a Superviser at Hall County Jail who at all times mentioned in thi complaint, held the rank of Sgt.

Each Defendant is sued individually and in his official capacity.

IV. Facts

On December 10, 2022 between 10:00 am - 11:00 am I was attacked and assaulted by Sgt. Mark Mason and two other officers while I was on the telephone. They held my arms behined me they tased me 3-4 times and Sgt. Mark Mason beat me in my right eye which in resulted in the lost of my eye sight, my face is fractured and cracked, so I have plates and screws in my face. I'm suffering in pain everyday I'm in constan fear of my life in Hall County Jail. All this was done at Hall County Jail on Barber RD. P.O. Box 908030 Gainesville, GA. 30501 B-3, 371 While other inmates watched and witnessed. I was also put in a lockdown cell for days without recieving any medical help and I bled out my nose, mouth, and eye for 4 days before going to Gainesville Emergency Room December 14, 2022 almost passed out from pain and blood lost. During that time in lockdown I was not allow to wash

inmate law library, phone calls to my lawyer, and hot meals. For over 30 days. These should not have been taken. All of this was done per Sgt. MARK MASON. I was also denied 1983 federal forms by Sgt. MARK MASON, Lt. Ashley, and Sgt. Fitzgerald. 8th Amendment cruel and unjust punishment, brutality, assault, pain & suffering, and fear for my life, physical, and mental injuries.

IV. Legal Claims

① Defendant Sgt. Mark Mason used excessive force against Plaintiff Victor R.E. Wright by beating and punching him in the eye when Wright was not violating any rules and was not acting disruptive. Defendant Sgt. Mark Mason action violated Plaintiff Victor Wright's Rights under the Eighth Amendment to the United States Constitution and caused Plaintiff Wright pain, suffering, physical injury, and emotional distress.

② Plaintiff Wright has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff Wright has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

V. Pray for Relief

Wherefor, plaintiff respectfully pray this court enter judgment granting plaintiff

13. A DECLARATION that acts and omissions DESCRIBED HEREIN violated plaintiff Rights UNDER the Constitution and laws of the United States.

14. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT(S) Sgt. MARK MASON Et Al stop the brutality beatings attacking and pay for damages. DONE physical, mental, and imotional. lost of eyesight Right EYE

15. COMPENSATORY DAMAGES in the amount $180,000.00 AGAINST EACH DEFENDEN, jointly and severally.

16. Punitive DAMAGES in the amount $200,000.00 against EACH DEFENDENT et Al, the amount $350,000.00 AGAINST DEFENDENT Sgt. MARK MASON

17. A jury trial on all issues triable by jury.

18. Plaintiff's costs in this suit

19. Any additional relief this court deems just, proper, and equitable.

DATE _____

    Respectfully submitted

VERIFICATION,

I have READ the foregoing complaint AND hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

WITNESS(S)
Alex Dean Johnson
Xavier Roberts
Juan Henderson
Cedrick Jenkins
Antonio McCluster
Wiley Baker Jr.
Demetris Stephens
Vincent Roberson
Derick Daniles
Dillion Stowers
Kieth Trevor
Travis Turpin
Jorge Garcia
Trevor Wade Southers

On this 15th day of June year 2023

Lisa Nichols Cantrell
06/15/23

[Notary Seal: Lisa Nichols Cantrell, Notary Public, Hall County, GA, Commission Expires Apr. 8, 2027]

I declare under penalty of purjury that the foregoing is true and correct. Executed at Hall County Jail.

In the United States District Court for the

Summons

Civil Action # _____

Victor R.E. Wright
   Plaintiff(s)

V.

Sheriff Gerald Couch
Sgt. Mark Mason, Officer J. Holcomb et. al
   Defendants

To the Above Named Defendants
You are hereby summoned and required to serve upon plaintiff(s), whose address is Hall County Jail 1700 Barber Road Gainesville, GA 30501 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

I declare under penalty of perjury that the forgoing is true and correct.

Lisa Nichols Cantrell  3b/15/23          Victor Wright  6-15-23