In the United States District Court
Northern Circit of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 05 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Victor R.E. Wright, (pro,se)
                Plaintiff

            V.

Sheriff Gerald Couch,
Sgt. Mark Mason, officer J. Holcomb, et Al
        Defendant(s)

Amended
Complaint

Civil Action No. 2:23-CV-128-RWS

                    X

Comes now Victor R.E. Wright Plaintiff. Pray that Plaintiff pleading will not be held that of a practicing Attorney. Names V. Kerus

① Jurisdiction & Venue
This is a civil action authorized by 42 USC Section 1983, Bivens.

② Nothern District of Georgia is an appropriate venue under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occurred

③ Plaintiff Victor R.E. Wright is and was at all times mentioned herein a prisoner at Hall County Gainesville Georgia, in Hall County Jail. He is currently confined to Hall County Jail.

                                    see back page →

③ DEFENDANTS.

Sheriff Gerald Couch, is the Sheriff over Hall County Jail. He is legally responsible for the operation of Hall County Jail and for the safe and welfare of all the inmates of that Jail

Defendant Sgt. Mark Mason is a Superviser at Hall County Jail who at all times mentioned in thi complaint, held the rank of Sgt.

Each Defendant is sued individually and in his official capacity.

IV. Facts

On December 10, 2022 between 10:00Am-11:00Am I was attacked and assaulted by Sgt. Mark Mason and two other officers while I was on the telephone. They held my arms behined me they tased me 3-4 times And Sgt. Mark Mason beat me in my right eye which in resulted in the lost of my eye sight, my face is fractured and cracked, so I have plates and screws in my face. I'm suffering in pain everyday. I'm in constan fear of my life in Hall County Jail All this was done at Hall County Jail on Barber Rd. P.O. Box 908030 Gainesville, Ga. 30501, B-3, 371 While other inmates watched and witnessed. I was also put in a lock down cell for days without recieving any medical help and I bled out my nose, mouth, and eye for 4 days before going to Gainesville Emergency Room December 14, 2022 almost passed out from pain and blood lost. During that time in lock down I was not allow to wash

inmate law library, phone calls to my lawyer, and hot meals. For over 30 days. These should not have been taken. All of this was done per Sgt. Mark Mason. I was also denied 1983 Federal forms by Sgt. Mark Mason, Lt. Ashley, and Sgt. Fitzgerald. 8th Amendment Cruel and unjust punishment, brutality, assault, pain & suffering, and fear for my life, physical, and mental injuries.

IV. Legal Claims

① Defendant Sgt. Mark Mason used excessive force against Plaintiff Victor R.E. Wright by beating and punching him it the eye when Wright was not violating and rules and was not acting disruptive. Defendant Sgt. Mark Mason action violated Plaintiff Victor Wright's Rights under the Eighth Amendment to the United States constitution and caused Plaitff Wright pain, suffering, physical injury, and emotional distress.

② Plaintiff Wright has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaitiff Wright has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

V. Pray for Relief

Wherefor, plaintiff respectfully pray this court enter. Judgment granting plaintiff

13. A DECLARATION that Acts AND OMISSIONS DESCRIBED hEREIN violated plaintiff Rights UNDER the Constitution AND lAws of the United States.

14. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDAN-(s) Sgt. MARK MASON Et. Al stop the butality bEAtings Attacking AND pAY foR DAMAGES. DONE physical, mental, And emotional. lost of EYE sight Right EYE

15. COMPENSATORY DAMAGES in the Amount $180,000.00 AgAinst EACh DEFENDEN, joiutly AND sEVERAlly.

16. Punitive DAMAGES in the Amount $200,000.00 AgAinst EACh DEFENDENtEt Al. the Amount $350,00000 AgAiust DEFENDENt Sgt. MARK MASON

17. A JURY tRiAl ON All issues tEiAble by JURY

18. Plaintiff's costs in this suit _____

19. ANY ADDitioNAl RElief this court DEEMS just, pRupER, AND Equitable.

Date _____

REspectfully submittEp

VERIFICATION,

I hAVE READ the foREgoing complAiNt AND hEREby vERify that the mAttERs AllEgED thEREiN ARE tRUE, EXCEpt As to mAttERs AllEgED oN iNformAtioN ANd belief, AND, As to those, I bElIEVE them to bE tRUE. I cERtify UNDER pENAlty of pERjURY that the foREgoing is tRUE AND coRRECt

WITNESS(s)
Alex DEAN JOHNSON
XAVIER Roberts
JUAN HENDERSON
CEDRICK JENKINS
ANTONIO McCLUSTER
WILEY BAKER JR.
DEMETRIS STEPHENS
VINCENT ROBERSON
DERICK DANILES
Dillion STOWERS
KIETH TREVOR
TRAVIS TURPIN
JORGE GARCIA
TREVOR WADE SOUTHERS

ON this 15th DAY
of JUNE YEAR 2023

Lisa Nichols Cantrell
06/15/23

[Notary seal: LISA NICHOLS CANTRELL · NOTARY PUBLIC · COMMISSION EXPIRES APR. 8, 2027 · HALL COUNTY, GA]

I DECLARE UNDER PENALTY of PURJURY that the
FOREGOING is TRUE AND CORRECT.
EXECUTED At Hall County JAIL.

Forma Pauperis Declaration
1 of 2

In the United States District Court of Northern Curcit of Georgia.

Victor R.E. Wright
Plaintiff

V.

Sheriff Gerald Couch
Sgt. Mark Mason
Officer J. Holcomb Et, Al
Defendant(s)

Forma Pauperis
Declaration #2:23-CV-128-RWS
Amanda

I Victor R.E. Wright am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to repay fees or costs or give sercurity therefore. I state because of my poverty I am unable to pay the costs of said proceeding or to give sercurity therefore, and that I believe I am entitled to redress. I declare that the responses which I have made below are true.

① Not employed

② 1,200 month 90 Days October 2019 Last Employed

③ A Business, profession of form of self employment? No

D Rent payments, interest or Dividends? No

C Pensions, Annuities, or life insurance payments? No

D Gifts or inheritances? No

E. Any form of public assistance? No

F. Any other sources? No

4. Do you have any cash or money in checking or saving account? NO

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property. ect.? NO

6. List the person(s) who are Dependent on you for support, state your relationship to those persons(s) and indicate how much you contribute toward their support at the present time. Amour Le'Shea Wright my 6 yr. Daughter $0.00

7. 0 No Rent

8. I'm in Hall County Jail and has been here since September 14, 2022 no income at all

I understand that a false statement or answer to any questions in this Delaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 Day of June 2023

D.O.B October 14, 1971

SSN# 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

Lisa Nichols Cantrell

06/15/23

NOTARY PUBLIC COMMISSION EXPIRES Apr. 8, 2027 LISA NICHOLS CANTRELL HALL COUNTY, GA

FILED IN CLERK'S OFFICE U.S.D.C. Atlanta

SEP 05 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

In The United States District Court For the

Motion For

Appointment of counsel

Victor R. E. Wright

　　Plaintiff (s) 9-12-93 # 2:23-cv-128-RWS

　　　　V

Sheriff Gerald Couch

Sgt. Mark Mason, officer J. Holcomb Et. Al

　　Defendant(s)

Pursant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to reperesent them in this case. In support of this motion, plaintiff states.

① Plaintiff is unable to afford counsel. He has requsted leave to proceed in forma pauperis.

② Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are are complex and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law (A)

③ A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

④ Plaintiff has made repeated efforts to obtain a lawyer

　　　　　　　　　　　　　SEE back of page

Wherefore, plaintiff Request that the court Appoint Attorney, a member of the ____ Bar. As counsel in this case

Victor Wright    6-15-23
Victor R.E. Wright #782866
Hall county Jail 1700 Barber Rd. Gainesville, Ga. 30501

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 05 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

In the United States District Court for the

Summons

Civil Action # _____

Victor R.E. Wright
Plaintiff (s)

V.

Sheriff Gerald Couch
Sgt. Mark Mason, Officer J. Holcomb Et. Al
Defendants

To the Above Named Defendants

You are hereby summoned and required to serve upon plaintiff(s), whose address is Hall County Jail 1700 Barber Road Gainesville, Ga. 30501 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

I Declare under penalty of perjury that the forgoing is true and correct.

Lisa Nichols Cantrell    8-6/15/23           Victor Wright    6-15-23



Victor R.E. Wright
1700 Barber Rd,
P.O. Box 908030
Gainesville, GA, 30501

ATLANTA METRO
24 JUL 2023

FOREVER / USA

★ USA ★ FOREVER ★

U.S. District Court
Northern District of Georgia
U.S. Courthouse, 75 Ted Turner Dr. S.W.
Atlanta, GA. 30303

CLEARED DATE
SEP 05 2023
U.S. Marshals
Atlanta, GA

303033318  0039