IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| VICTOR R. E. WRIGHT, Hall Cty. No. 782866,  Plaintiff,  v.  SHERIFF GERALD COUCH, et al.,  Defendants. | CIVIL ACTION NO.  2:23-cv-128-RWS-JCF |

**O R D E R**

This matter is before the Court on the February 26, 2024 Final Report and Recommendation ("R&R") of Magistrate Judge J. Clay Fuller, [Dkt. 7], recommending that this action be **DISMISSED without prejudice** pursuant to Local Rule 41.2B for Plaintiff's failure to keep the Court informed of his current address.

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009). In contrast, absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate

[judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. FED. R. CIV. P. 72, advisory committee note, 1983 Edition, Subdivision (b); Macort v. Prem, Inc., 208 F. App'x. 781, 784 (11th Cir. 2006) (quoting Diamond v. Colonial Life & Accident Ins., 416 F.3d 310, 315 (4th Cir. 2005)).

No objections have been filed, and the statutory period for objecting has expired. In accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, the Court has conducted a "careful and complete" review of the R&R and finds no clear error. Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982) (citation and internal quotation marks omitted); see also United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). Accordingly, Judge Fuller's Final R&R, [Dkt. 7], is hereby approved and **ADOPTED** as the opinion and order of this Court.

It is hereby **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to keep the Court informed of his current address.

**SO ORDERED** this 20th day of March, 2024.

_____
**RICHARD W. STORY**
United States District Judge