UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

VICTOR R. E. WRIGHT,

        Plaintiff,

v.

SHERIFF GERALD COUCH, et al.,

        Defendants.

CIVIL ACTION FILE

NO. 2:23-CV-128-RWS

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and the Court having adopted said recommendation, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed without prejudice** for Plaintiff's failure to keep the Court informed of his current address.

Dated at Gainesville, Georgia, this 20th day of March, 2024.

        KEVIN P. WEIMER
        CLERK OF COURT

        By:    s/D. McGoldrick
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 20, 2024
Kevin P. Weimer
Clerk of Court

By: *s/*D. McGoldrick
      Deputy Clerk